```
                      UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )    No. CR-05-134-FVS
               Plaintiff,      )
                               )    ORDER MODIFYING
v.                             )    CONDITIONS OF RELEASE
                               )
RAMON CHAVEZ,                  )
                               )
               Defendant.      )
                               )
```

At the August 26, 2005, hearing on Defendant's motion to reduce bond, Defendant appeared with Assistant Federal Defender Gerald Smith; Assistant U.S. Attorney Jared Kimball represented the United States.

Defendant moved that the corporate surety bond be lifted; government opposed the motion.  The court found that Defendant is motivated to work hard at compliance with release conditions.

Accordingly, the court's Order Setting Conditions of Release is modified to the limited extent of directing Defendant's release be conditioned upon posting a **$3,000 cash bond,** in lieu of the previously ordered $25,000 corporate surety bond, and in addition to the unsecured appearance bond previously posted.  The $3,000 cash bond will be released to Defendant if he relocates to Spokane while this matter is pending. All other conditions of the court's Order dated August 12, 2005 (Ct. Rec. 15) remain in effect and shall constitute the additional conditions of Defendant's release.

ORDER MODIFYING CONDITIONS
OF RELEASE - 1

Defendant's Motion for an immediate release for substance assessment was **DENIED** absent confirmation of the date and time of assessment.

**IT IS SO ORDERED.**

DATED August 29, 2005.

```
                    s/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE
```

ORDER MODIFYING CONDITIONS
OF RELEASE - 2